**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Jimmy EDWARDS, Jr., Defendant–
Appellant.**

No. 12–7912.

United States Court of Appeals,
Fourth Circuit.

Submitted: March 28, 2013.

Decided: April 1, 2013.

Jimmy Edwards, Jr., Appellant pro se. Jennifer P. May–Parker, Assistant United States Attorney, Raleigh, North Carolina, for Appellee.

Before NIEMEYER, KING, and KEENAN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jimmy Edwards, Jr., appeals from the district court's order denying his motion for a sentence departure under *U.S. Sentencing Guidelines Manual* § 5H1.11 (2012). As Edwards was sentenced in 2007, his motion is untimely. In addition, to the extent Edwards relies upon Amendment 739 to the Guidelines (amending § 5H1.11 in 2010), this amendment has not been made retroactively applicable. *See*

USSG § 1B1.10(c). Accordingly, we affirm. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*